# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI

*RULE 3011*

List of Unclaimed Funds, Claimants, and Amounts

IN THE MATTER OF:                                   CHAPTER 13 CASE:

JOHN W. HERRING                                     18-14877
403 DOROTHY ST
CHARLESTON, MS 38921


| CLAIMANT | LAST KNOWN ADDRESS | AMOUNT |
|---|---|---|
| JOHN W. HERRING | 403 DOROTHY ST<br>CHARLESTON, MS 38921 | $2,601.92 |

DATED: August 19, 2019

Respectfully submitted,
Locke D. Barkley, Trustee
6360 I-55 North
Suite 140
Jackson, MS 39211
(601) 355-6661

CC: Michael W. Boyd